UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

**LAQUINN GILMORE,**

      **Plaintiff,**

v.                                      Civil Action No. 3:21CV00010

**JOSEPH WOOD AND JOHN DOES 1-5,**

      **Defendants.**

## STIPULATION OF DISMISSAL

COME NOW Plaintiff LaQuinn Gilmore, by counsel, and Defendant Joseph Wood, by counsel, pursuant to Rule 41(a)(1)(A)(ii) F.R.C.P. and hereby stipulate the dismissal of this action with prejudice.

Respectfully submitted this 1st day of March 2022.

                                                      s/ Jeffrey E. Fogel
                                                      Jeffrey E. Fogel (VSB No. 75643)
                                                      **Jeffrey E. Fogel Law Office**
                                                      913 East Jefferson Street
                                                      Charlottesville VA  22902
                                                      434-984-0300 Ext.100
                                                      jeff.fogel@gmail.com
                                                                  *Counsel for Plaintiff LaQuinn Gilmore*

                                                      s/ Richard H. Milnor
                                                      Richard H. Milnor (VSB No. 14177)
                                                      **Zunka, Milnor & Carter, Ltd.**
                                                      414 Park Street
                                                      P O Box 1567
                                                      Charlottesville VA 22902
                                                      Telephone: (434) 977-0191
                                                      Facsimile:  (434) 977-0198
                                                      rmilnor@zmc-law.com
                                                                  *Counsel for Defendant Joseph Wood*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Richard H. Milnor
Richard H. Milnor, Esquire (VSB #14177)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile:  (434) 977-0198
rmilnor@zmc-law.com
*Counsel for Defendant Joseph Wood*